

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00607-CR

Christopher Gonzales **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 362433
Honorable Bill C. White, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 11, 2014.

_____
Luz Elena D. Chapa, Justice

---

[1] The Honorable Bill C. White, presiding judge of County Court at Law No. 14, Bexar County, Texas, presided over Gomez's plea of nolo contendere and imposed punishment. The Honorable Timothy Johnson, sitting by assignment, heard and denied Gomez's motion to suppress.